Creditor Matrix

New World Mall Management Office
136-18 39th Avenue, Suite 1001
Flushing, New York 11354