UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

GRAND RESTAURANT GROUP, INC.                Case No.
                                            Chapter 11

       Debtor.
-----------------------------------------------------------------x

## List of Creditors

New World Mall LLC.
136-18 39th Avenue, Suite 1001
Flushing, New York 11354


Dated: Queens, New York                     By: _____
      December 20, 2013                       Qin Zhou Chen, President