UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re:                                               Chapter 11
                                                     Case No. 13-47554-NHL
Grand Restaurant Group, Inc.

            Debtor.

---------------------------------------------------------

## NOTICE

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing on the Objections of [ECF#24] New World Mall LLC and Tianji Li and [ECF#26] of Connie Ying Zhang, Imperial Crown Corp., and G&A Cheers Corp.'s to to the Debtor's Motion for 2004 Examination for February 27, 2014 at 2:00 P.M. before the Honorable Nancy Hershey Lord at The Conrad B. Duberstein United States Bankruptcy Courthouse, 271-C Cadman Plaza East, Room 2529, Brooklyn, New York 11201.


Dated: Brooklyn, New York          *S/ Angela Howard*
      January 29, 2014              ANGELA HOWARD, COURTROOM DEPUTY
                                   FOR THE HONORABLE NANCY HERSHEY LORD