**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
GRAND RESTAURANT GROUP, INC.,                                   :    Case No. 13-47554 (NHL)
                                                                :
                        Debtor.                                 :
                                                                :
---------------------------------------------------------------- x

## CONSENT ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE

Upon the motion of Connie Ying Zhang, Imperial Crown Corp., and G&A Cheers Corp. (collectively, "Imperial"), seeking entry of an order pursuant to Section 1112(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") dismissing the Chapter 11 case of Grand Restaurant Group, Inc. (the "Debtor"), as more fully set forth in the motion [Docket No. 33] ("Imperial Motion"); and upon the motion of New World Mall, LLC seeking, among other things, entry of an order also dismissing the Debtor's Chapter 11 case, as more fully set forth in the motion [Docket No. 39] ("NWM Motion", and together with the Imperial Motion, the "Motions to Dismiss"); and it appearing from the certificates of service filed with the Court that due notice of the Motions to Dismiss and the hearings thereon has been given; and it appearing that no other or further notice need be provided; and that other than the Debtor's objection to the Motions to Dismiss timely filed on February 20, 2014 ("Objection"), no objections to the relief being sought in the Motions to Dismiss have been interposed; and this Court having jurisdiction pursuant to Sections 157 and 1334 of Title 28 of the United States Code to consider the Motions to Dismiss and the relief requested therein; and venue being proper in this Court pursuant to Sections 1408 and 1409 of Title 28 of the United States Code; and the Court having determined that good cause exists for the relief granted herein; and the Objection to

the Motions to Dismiss having been withdrawn on consent of the Debtor; and it appearing that a dismissal of the Debtor's Chapter 11 case is in the best interest of the Debtor's estate; it is hereby

**ORDERED** that, on consent of the parties and subject to the terms and conditions contained herein, pursuant to section 1112(b) of the Bankruptcy Code, the Debtor's Chapter 11 case is dismissed and closed; and it is further

**ORDERED** that the Debtor shall pay all fees due as of the date of this Order to the United States Trustee pursuant to 28 U.S.C. § 1930; and it is further

**ORDERED** that the Debtor shall execute and deliver all instruments and documents and take all such other actions as may be necessary or appropriate to implement and effectuate the dismissal of the Debtor's Chapter 11 case by this Order; and it is further

**ORDERED** that notwithstanding any possible application of Federal Rules of Bankruptcy Procedure 6006(d), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation, implementation and/or enforcement of this Order.



**Dated: March 21, 2014**
**Brooklyn, New York**

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**

IT IS HEREBY AGREED:

| **GRAND RESTAURANT GROUP, INC.** | **CONNIE YING ZHANG, G&A CHEERS, CORP., AND IMPERIAL CROWN CORP.** |
|---|---|
| By:/s/ *Mark Frankel*<br>Mark Frankel<br>BACKENROTH FRANKEL & KRINSKY, LLP<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: 212-593-1100 | By: /s/ *James S. Carr*<br>James S. Carr<br>Jonathan K. Cooperman<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: 212-808-7800 |

**NEW WORLD MALL, LLC**

By:/s/ *David H. Wander*
David H. Wander
DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
Telephone: 212-557-7200